THE NATIONAL CITY BANK OF NEW YORK et al., Appellants and Respondents, *v.* CHARLES D. WAGGONER et al., Defendants, and CENTRAL HANOVER BANK AND TRUST COMPANY, Respondent and Appellant.

(Argued January 27, 1936; decided March 3, 1936.)

*Carl A. Mead, John A. Garver* and *Frank A. F. Severance* for plaintiffs, appellants and respondents.

*Nathan L. Miller, Harold Otis, Theodore J. Miller* and *Frederic Cunningham* for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.   Not sitting: FINCH, J.